THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Christopher Earl Lane, Appellant.
 
 
 

Appeal From Florence County
  James E. Brogdon, Jr., Circuit Court
 Judge

Unpublished Opinion No. 2007-UP-302
 Submitted June 1, 2007  Filed June 8,
 2007    

APPEAL DISMISSED

 
 
 
 David Craig Brown, of Florence, for Appellant
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, all
 of Columbia, for Respondent.
 
 
 

PER CURIAM:  A Florence County jury convicted Christopher Earl Lane of murder and kidnapping.  The trial court sentenced him to fifty
 years imprisonment for murder and thirty years for kidnapping to run
 concurrently. Lane appeals, arguing the trial court erred in concluding by a preponderance of the evidence
 that his statement was voluntarily and freely given without threat or coercion
 and that it was for the jury to decide if the confession was proven beyond a
 reasonable doubt to be freely, voluntarily, knowingly and intelligently given.
 Lane did not file a pro se brief.  After
 a thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss[1] Lanes appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
STILWELL,
 SHORT, and WILLIAMS JJ., concur.
 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.